UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAHARA PALM PLAZA, LLC, a California Limited Liability Company; SAHARA PALM PLAZA, LLC, a Nevada Limited Liability Company; and ALEXANDER JAVAHERI,<br><br>　　　　Defendants. | Case No. 8:20-cv-02221-DOC-KES<br><br>[Assigned to Judge David O. Carter]<br><br>**JUDGMENT ON THIRD-PARTY DEFENDANT WARNER PACIFIC INSURANCE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| SAHARA PALM PLAZA, LLC, a California Limited Liability Company; SAHARA PALM PLAZA, LLC, a Nevada Limited Liability Company; and ALEXANDER JAVAHERI,<br><br>　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>JOUBIN ESHAGHIAN; ESHAGHIAN INSURANCE & FINANCIAL SERVICES, INC., a California corporation; WARNER PACIFIC INSURANCE SERVICES, INC., a California corporation; ROES 1-10, inclusive,<br><br>　　　　Third-Party Defendants. | Date:　January 28, 2022<br>Time:　8:30 a.m.<br>Dept.:　9D<br><br>Trial Date:　October 11, 2022 |

1

   The Motion for Summary Judgment, or in the alternative Partial Summary Judgment, filed by Third-Party Defendant Warner Pacific Insurance Services ("Warner Pacific") came on for hearing before this Court on January 28, 2022, at 8:30 a.m.  Appearances were made by the parties through their respective counsel of record.  Following oral argument, Warner Pacific's Motion for Summary Judgment was taken under submission.  (Dkt. No. 118.)

   On July 18, 2022, after full consideration of the matter, the Court issued an Order granting Warner Pacific's Motion for Summary Judgment as to the claims for Negligence and Equitable Indemnity alleged against it in the First Amended Third-Party Complaint filed by Third Party Plaintiffs Alexander Javaheri, Sahara Palm Plaza, LLC, a California Limited Liability Company, and Sahara Palm Plaza, LLC, a Nevada Limited Liability Company (collectively, "Sahara Palm").  (Dkt. No. 185.)

   Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay in the entry of a separate judgment in favor of Warner Pacific.  The Court makes such finding on the grounds that the Court's July 18, 2022 Order resolves all claims alleged against Warner Pacific on the grounds that Warner Pacific did not owe Sahara Palm a duty as a matter of law, and that upon review of this Judgment the appellate court will not be required to address legal or factual issues that are similar to those contained in the claims still pending before the trial court.  Nothing within this Judgment will prejudice the legal positions currently taken by the other parties herein.  All such rights and remedies are hereby expressly reserved.

   Accordingly, the Court rules as follows:

   **IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that judgment be, and hereby is, entered dismissing with prejudice the First Amended

Third-Party Complaint against Warner Pacific and that Sahara Palm shall take nothing against Warner Pacific.

**IT IS FURTHER ADJUDGED, ORDERED, AND DECREED** that Warner Pacific shall recover its costs of suit incurred herein from Third Party Plaintiffs Sahara Palm.

Dated: August 15, 2022

*David O. Carter*
Hon. David O. Carter
Judge of the District Court